IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IRMA L. TURBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No.: 13-CV-466-CVE-PJC |
| vs. | ) | |
| | ) | |
| WHIRLPOOL CORPORATION, | ) | |
| A Foreign For Profit Business | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Irma L. Turbe, and Defendant, Whirlpool Corporation, do hereby enter this Joint Stipulation of Dismissal in the above-referenced matter. Pursuant to this Joint Stipulation of Dismissal, all claims asserted by Plaintiff against Defendant will be dismissed with prejudice to the refilling thereof. The parties stipulate and agree that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,

s/Lauren G. Lambright
Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
**SMOLEN, SMOLEN & ROYTMAN, PLLC**
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
Phone: 918-585-2667
Fax: 918-585-2669
Email: danielsmolen@ssrok.com
Email: laurenlambright@ssrok.com

*Attorneys for Plaintiff, Irma L. Turbe*

s/Kimberly Lambert Love
*(signed by filing attorney with permission of non-filing attorney)*
Kimberly Lambert Love, OBA #10879
Robyn M. Funk, OBA #19810
Titus Hillis Reynolds Love
  Dickman & McCalmon
15 East 5th Street, Suite 3700
Tulsa, OK  74103
Phone:  918-587-6800
Fax:  918-587-6822
Email:  klove@titushillis.com
          rfunk@titushillis.com

*Attorney for Defendant, Whirlpool Corporation*